IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-293-RJC-DCK

| | |
|---|---|
| CRAIG SMALLS, et al. | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TRUEBLUE, INC., LABOR READY MID-ATLANTIC, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) filed by Ted Lewis Johnson, concerning Patrick Harry Peluso on July 20, 2015. Mr. Patrick Harry Peluso seeks to appear as counsel *pro hac vice* for Plaintiff Smalls and the Class. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) is **GRANTED.** Mr. Patrick Harry Peluso is hereby admitted *pro hac vice* to represent Plaintiff Smalls and the Class.

**SO ORDERED**.

Signed: July 27, 2015

David C. Keesler
United States Magistrate Judge