# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-293-RJC-DCK

| | |
|---|---|
| CRAIG SMALLS, et al. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TRUEBLUE, INC., LABOR READY MID-ATLANTIC, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 50) filed by Scott E. Bayzle, concerning David R. Ongaro on August 11, 2015. Mr. David R. Ongaro seeks to appear as counsel *pro hac vice* for Defendants TrueBlue, Inc. and Labor Ready Mid-Atlantic, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 50) is **GRANTED.** Mr. David R. Ongaro is hereby admitted *pro hac vice* to represent Defendants TrueBlue, Inc. and Labor Ready Mid-Atlantic, Inc.

**SO ORDERED**.

Signed: August 11, 2015

David C. Keesler
United States Magistrate Judge