IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:15-cv-00293-RJC-DCK

| | |
|---|---|
| Craig Smalls, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **JOINT STATUS REPORT** |
| TrueBlue, Inc., Labor Ready Mid-Atlantic, Inc., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

Plaintiff Craig Smalls ("Plaintiff") and Defendants TrueBlue, Inc. and Labor Ready Mid-Atlantic, Inc. (collectively, "Defendants") submit this Joint Status Report.

1. By Order dated March 16, 2016 [DE-69] (the "March Order"), this Court granted Defendants' motion to compel arbitration and to stay this matter pending arbitration. In the March Order, the Court directed the parties to file a status report, jointly if possible, on May 1, 2016, and every ninety days thereafter until otherwise ordered.

2. Since the March Order, Plaintiff and Defendants have engaged in settlement negotiations. The Parties have reached an agreement on the general terms of a complete and final resolution of this matter, and are currently in the process of preparing a settlement agreement.

3. Counsel for Plaintiff and Defendants anticipate that a settlement agreement will be signed and that a stipulation of dismissal will filed within the next 60 days.

4. If, for any reason, the circumstances change and it does not appear that this matter will be dismissed within the next 60 days, the parties will supplement this report to advise the Court accordingly.

Respectfully submitted this 28th day of April, 2016.

| | |
|---|---|
| /s/ *Patrick H. Peluso* <br> Patrick H. Peluso (admitted *pro hac vice*) <br> ppeluso@woodrowpeluso.com <br> Steven L. Woodrow (admitted *pro hac vice*) <br> swoodrow@woodrowpeluso.com <br> WOODROW & PELUSO, LLC <br> 999 E. Mexico Ave., Suite 300 <br> Denver, Colorado 80210 <br> Telephone: (720) 213-0675 <br> Facsimile: (303) 927-0809 <br><br> Ted Lewis Johnson <br> tedlewisjohnson@tedlewisjohnson.com <br> P.O. Box 5272 <br> Greensboro, North Carolina 27408 <br> Telephone: (336) 252-8596 <br><br> ***Attorneys for Plaintiff*** | /s/ *Scott E. Bayzle* <br> Scott E. Bayzle <br> scottbayzle@parkerpoe.com <br> PARKER POE ADAMS & BERNSTEIN LLP <br> 150 Fayetteville Street <br> Suite 1400 (27601) <br> P.O. Box 389 <br> Raleigh, North Carolina 27602 <br> Telephone: (919) 828-0564 <br> Facsimile: (919) 834-4564 <br><br> David R. Ongaro (admitted *pro hac vice*) <br> dongaro@ongaropc.com <br> Amelia D. Winchester (admitted *pro hac vice*) <br> awinchester@ongaropc.com <br> Cara R. Sherman (admitted *pro hac vice*) <br> csherman@ongaropc.com <br> ONGARO PC <br> 50 California Street, Suite 3325 <br> San Francisco, CA 94111 <br> Telephone: (415) 433-3900 <br> Fax: (415) 433-3950 <br><br> ***Attorneys for Defendants TrueBlue, Inc. & Labor Ready Mid-Atlantic, Inc.*** |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will automatically send notice to the following:

Steven L. Woodrow
Patrick H. Peluso
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
Email: swoodrow@woodrowpeluso.com
Email: ppeluso@woodrowpeluso.com

Ted Lewis Johnson
Ted Lewis Johnson Attorney at Law
P.O. Box 5272
Greensboro, NC 27408

This the 28th day of April, 2016.

/s/ Scott E. Bayzle
Scott E. Bayzle
N.C. State Bar No. 33811
scottbayzle@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street Mall, Suite 1400
P.O. Box 389
Raleigh, North Carolina 27602
Telephone: (919) 828-0564
Fax: (919) 834-4564
*Attorney for Defendant TrueBlue, Inc. & Labor Ready Mid-Atlantic, Inc.*