IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:15-CV-293-RJC-DCK

| | |
|---|---|
| CRAIG SMALLS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABOR READY MID-ATLANTIC, INC.; and TRUEBLUE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants stipulate to the dismissal, <u>with prejudice</u> as to Smalls' claims, and <u>without prejudice</u> as to the claims of any putative, unidentified class members.

Each party to bear its own costs and fees.

This the 16th day of June, 2016.

| | |
|---|---|
| <u>/s/ *Patrick H. Peluso*</u><br>Ted Lewis Johnson (N.C.S.B. No. 39791)<br>tedlewisjohnson@tedlewisjohnson.com<br>PO Box 5272<br>Greensboro, NC 27408<br>Telephone: (336) 252-8596<br><br>Steven L. Woodrow, *admitted pro hac vice*<br>swoodrow@woodrowpeluso.com | <u>/s/ *Scott E. Bayzle*</u><br>Scott E. Bayzle (N.C.S.B. No. 33811)<br>Parker Poe Adams & Bernstein LLP<br>P.O. Box 389<br>Raleigh, North Carolina 27602<br>Telephone: (919) 828-0564<br>Email: scottbayzle@parkerpoe.com<br>**Counsel for Defendant** |

Patrick H. Peluso, *admitted pro hac vice*
ppeluso@woodrowpeluso.com
WOODROW PELUSO
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
Telephone: (720) 213-0675

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and a copy was served upon counsel for all parties to this action *via* U.S. Mail, first class postage prepaid, addressed as follows:

Ted Lewis Johnson
tedlewisjohnson@tedlewisjohnson.com
PO Box 5272
Greensboro, NC 27408

Steven L. Woodrow, *admitted pro hac vice*
swoodrow@woodrowpeluso.com
Patrick H. Peluso, *admitted pro hac vice*
ppeluso@woodrowpeluso.com
WOODROW PELUSO
3900 East Mexico Ave., Ste. 300
Denver, CO 80210


This the 16th day of June, 2016.

/s/  Scott E. Bayzle_____
Scott E. Bayzle
N.C. State Bar No. 33811
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602
Telephone:  (919) 828-0564
Email:  scottbayzle@parkerpoe.com

3

Case 3:15-cv-00293-RJC-DCK   Document 71   Filed 06/16/16   Page 3 of 3